UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TONY PENWELL,

          Plaintiff,

v.

MICHAEL OBENLAND, et al.,

          Defendants.

Case No. 16-610 RAJ-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed Plaintiff's amended complaint, Defendants' motion to dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Plaintiff's objections and Defendants' response thereto, and the remaining record, does hereby find and **ORDER**:

(1)     The Court **GRANTS** Plaintiff's unopposed Motion for Extension of Time. (Dkt. # 26)

(2)     The Court adopts the Report and Recommendation.

(3)     Defendants' motion to dismiss (Dkt. # 20) is **GRANTED** and Plaintiff's amended complaint is **DISMISSED WITH PREJUDICE.** All pending motions, including Plaintiff's motion for temporary restraining order (Dkt. # 10) are **DENIED.**

//
//
//
//
//
//
//
//

ORDER OF DISMISSAL - 1

(4)  The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 12th day of January, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 2